(No. 6223—)

TRANSWORLD VAN LINES, INC., a/k/a MAJESTIC WAREHOUSES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

294

*Opinion filed November 9, 1971.*

TRANSWORLD VAN LINES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.